IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FIRST INSURANCE COMPANY OF HAWAII, INC.,<br><br>   Plaintiff,<br><br> vs.<br><br>PETERBILT MOTORS COMPANY, a Division of PACCAR, INC., PB LOADER MANUFACTURING CORPORATION, INC., a California corporation; JOSEPH SANTI dba SONORA TRUCK EQUIPMENT, et al.<br><br>   Defendants.<br>_____ | CV 06-00450 SPK-LEK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendations as to Defendant PB Loader Manufacturing, Inc.'s Petition for Determination of Good Faith Settlement, and corresponding joinders, were filed and served on all parties on 8/23/07. No objections were filed.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of

this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, September 12, 2007.



                                                                Samuel P. King
                                                               Senior United States District Judge

First Insurance Co. of Hawaii v. Peterbilt Motors Company, Civ. No. 06-00450 SPK-LEK, Order Adopting Magistrate Judge's Findings and Recommendation